**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Wen Lian H. Patience v. Christine Hendricks Hodson

Appellate case number:   01-22-00599-CV

Trial court case number: 22-DCV-290170

Trial court:             458th District Court of Fort Bend County

 Appellant Wen Lian H. Patience filed a motion for rehearing on October 13, 2022.

 The motion for rehearing is denied.

 It is so ORDERED.

Judge's signature: _____Justice Richard Hightower_____
      ⊠  Acting for the Court

Panel consists of Chief Justice Radack and Justices Landau and Hightower

Date:  November 17, 2022